UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
STATE OF CALIFORNIA, COUNTY OF DISTRICT

Index Number: 17cv465-WQH-BLM
Date Filed: 6-28-2017
Court/Return Date:

Christopher Melingonis, Individually and on behalf of All Others Similarly Situated    *Plaintiff*

vs

One Way Funding, LLC, A.K.A. Fast Funding; Joseph Reinhardt

*Defendant*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
**John Savage**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On **November 9, 2017**, at **9:57 AM** at **960 South Broadway, Hicksville, NY 11801**, Deponent served the within **Summons In A Civil Action and First Amended Complaint**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: **Joseph Reinhardt**, Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **"JOHN DOE" (refused name)** () a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

**Address confirmation:**

☒ **#5 MAILING**
On **November 13, 2017**, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Brown    Age: 25-40
Height: 5ft9in-6ft0in    Weight: 161-200 Lbs.    Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on November 13, 2017

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 1510437

Process Server, Please Sign
John Savage
Lic#
Job #: 1726765