1 | Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Joshua B. Swigart, Esq. (SBN 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Christopher Melingonis

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Melingonis, Individually and on Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>One Way Funding, LLC, aka Fast Funding, and Joseph Reinhardt,<br><br>Defendants. | Case No.: 3:17-cv-00465-WQH (BLMx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE**<br><br>DATE: March 12, 2018<br><br>***NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT***<br><br>HON. WILLIAM Q. HAYES |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 12, 2018, before the United States District Court, Southern District of California, Courtroom 14B, Suite 1480 located at 333 West Broadway, San Diego, California 92101, plaintiff Christopher Melingonis ("Plaintiff") will and hereby does move this Court for an order dismissing the putative class claims without prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff moves[1] for dismissal of the Plaintiff's putative class claims against defendant One Way Funding LLC aka Fast Funding and Joseph Reinhardt ("Defendants") ***without prejudice***. This dismissal does not affect the individual claims of Plaintiff against Defendants.

As of today, Joseph Reinhardt has not appeared or otherwise defended this action, and the Clerk's entry of default was entered on January 16, 2018. Likewise, One Way Funding LLC aka Fast Funding has not appeared or otherwise defended this action, and the Clerk's entry of default was entered on February 2, 2018. The class action has not been certified and Plaintiff has not moved for class certification. Accordingly, Plaintiff believes it would be appropriate for the Court to treat this motion as an unopposed motion as Defendants have been defaulted for failure to respond or appear.

Respectfully submitted,

Dated: February 6, 2018           **KAZEROUNI LAW GROUP, APC**

BY: /s/ ABBAS KAZEROUNIAN
ABBAS KAZEROUNIAN, ESQ.
ATTORNEYS FOR PLAINTIFF

---

[1] Plaintiff chose not to use ECF category "Notice of Voluntary Dismissal" as Plaintiff is not dismissing the entire lawsuit, only the putative class claims.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626