1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9
10                   **SOUTHERN DISTRICT OF CALIFORNIA**

11   Christopher Melingonis,                    Case No.: 17-cv-0465-WQH-BLM
12
                    Plaintiff,
13                                              **DEFAULT JUDGMENT**
14          v.
15
     One Way Funding, LLC, and Joseph
16   Reinhardt,
17
                    Defendants.
18
19
20
21
22
23
24
25
26
27
28

This matter came before the Court on Plaintiff CHRISTOPHER MELINGONIS' ("Plaintiff") application for entry of a default judgment and award of costs against defendants ONE WAY FUNDING, LLC and JOSEPH REINHARDT under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by Plaintiff, the Court finds as follows:

1. On January 16, 2018, Plaintiff filed a Request for Entry of Default Pursuant to Federal Rule of Civil Procedure 55(a) Against Defendant Joseph Reinhardt.
2. On January 17, 2018, the Clerk of Court entered default as to Joseph Reinhardt.
3. On February 1, 2018, Plaintiff filed a Request for Entry of Default Pursuant to Federal Rule of Civil Procedure 55(a) Against Defendant One Way Funding, LLC.
4. On February 2, 2018, the Clerk of Court entered default as to One Way Funding, LLC.
5. On February 6, 2018, Plaintiff filed the Application for Default Judgment and Award of Costs by the Clerk against One Way Funding, LLC and Joseph Reinhardt.
6. On March 1, 2018, the Court held that Plaintiff was entitled to a default judgment against One Way Funding, LLC and an award of $12,500.00 in statutory damages.
7. Plaintiff is *not* entitled to an award of statutory damages against Joseph Reinhardt because Plaintiff's factual allegations of the FAC are not sufficient to sustain Plaintiff's claim that Joseph Reinhardt violated the Telephone Consumer Protection Act.

**DEFAULT JUDGMENT**

**THEREFORE, IT IS ADJUDGED AND ORDERED** that: Plaintiff is entitled to a default judgment that One Way Funding, LLC committed twenty-five (25) violations of 47 U.S.C. § 227(b). Accordingly, the Court awards Melingonis $12,500 in statutory damages.

**IT IS SO ORDERED.**

Dated: March 19, 2018

Hon. William Q. Hayes
United States District Court

**DEFAULT JUDGMENT**